**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **NATHAN Z. HUBERT,** *Plaintiff,* | § | |
| **v.** | § | **MO:26-CV-00072-DC** |
| **BP SUPPLY INC.,** *Defendant.* | § | |

# ORDER

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation (Doc. 14) concerning Defendant BP Supply Inc.'s Motion to Dismiss. (Doc. 12).

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews for clear error.

Finding none, the Court **ADOPTS** the R&R. Defendant's Motion to Dismiss (Doc. 12) is thus **GRANTED IN PART** and **DENIED IN PART** as is specified in the R&R. Plaintiff's ADA discrimination claim and hostile-work-environment claims under Title VII

and the ADA, as pled in the original Complaint, are **DISMISSED WITHOUT PREJUDICE**.

Plaintiff's request for leave to amend is **GRANTED**. Although Plaintiff filed his First Amended Complaint (FAC) before the Court granted leave, the Court **ACCEPTS** the FAC (Doc. 15), which is now the operative pleading. Nothing in this Order addresses the sufficiency of the claims as repleaded in the FAC. Defendant shall answer or otherwise respond to the FAC within fourteen days of this Order.

It is so **ORDERED**.

SIGNED this 18th day of August 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE